UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HILARIO DE LOS SANTOS,

        Plaintiff,

   v.

SPECIALIZED LOAN SERVICING, LLC, et al.,

        Defendants.

Case No. 23-cv-01684-WHO

**ORDER TO SHOW CAUSE**

Plaintiff Hilarious De Los Santos filed this case in state court on February 21, 2023, which defendants Specialized Loan Servicing, LLC and GS Mortgage-Backed Securities Trust 2019-SL1, U.S. Bank Trust National Association ("the defendants") removed and then moved to dismiss. Dkt. Nos. 1, 6. Although De Los Santos declined to proceed before a magistrate judge on May 11, 2023, he did not file an opposition to the motion to dismiss, nor file a statement of non-opposition. *See* Dkt. No. 12; *see also* Civil L-R 7-3(b). On June 13, 2023, I granted the defendants' motion to dismiss with leave to amend.

De Los Santos is ORDERED TO SHOW CAUSE why this matter should not be dismissed for failure to prosecute. He may expunge this Order to Show Cause by filing an amended complaint **by June 27, 2023**, as articulated in my Order granting the motion to dismiss.

**IT IS SO ORDERED.**

Dated: June 13, 2023

William H. Orrick
United States District Judge